UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Scott A. Ford

    v.                                          Civil No. 10-cv-444-LM

Jeffrey Bettez, et al.

ORDER OF RECUSAL

    I hereby recuse myself from presiding over this case since Nancy J. Smith, Esq., is counsel of record for the New Hampshire Department of Corrections. The case shall be assigned to another judge.

                                                        _____
                                                        Landya B. McCafferty
                                                        United States Magistrate Judge

Date: October 22, 2010

cc:  Michael J. Sheehhan, Esq.
     Nancy J. Smith, Esq.
     Rebecca L. Woodward, Esq.