```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Scott A. Ford,
     Plaintiff

     v.                         Case No. 10-cv-444-SM

Jeffrey Bettez, et al.,
     Defendants


                              ORDER

     Re: Document No. 36, Motion to Dismiss Amended Complaint.


     Ruling: Granted.  Plaintiff has not filed a timely objection and, therefore, has waived any objection.  See L.R. 7.1(b); ITI Holdings, Inc. v. Odom, 468 F.3d 17 (1st Cir. 2006).  And, for the reasons given in the memorandum in support of the motion, granting the requested relief in not inequitable, and, indeed, is warranted.


                                   _____
                                   Steven J. McAuliffe
                                   Chief Judge

Date:  August 22, 2011

cc:  Michael J. Sheehan, Esq.
     Nancy J. Smith, Esq.
     Rebecca L. Woodard, Esq.